

# BEDFORD POLICE DEPARTMENT

165 Center Road, Bedford, Ohio 44146
Phone 440-232-7600
Fax 440-232-4371

Martin Stemple
Chief of Police

December 19, 2018

Reference: Property at 109 Solon Rd. #3 & #5

Mary Palumbo
P.O. Box 5634
Willowick, Ohio 44095

Dear Madam,

In 2014 the City of Bedford enacted an ordinance to address repeated police response to residents and businesses. Bedford Codified Ordinance 511.12 (attached) makes home and business owners responsible for the continued criminal nuisance created from activities on their property.

Since March 18, 2018 the Bedford Police has had to respond to this residence (6) times for disturbance type calls. See attached reports.
In addition to these 6 police responses, residents from both apartments #3 & #5 called police another 17 times for unfounded or unsubstantiated calls.

You are hereby notified that it is the intent of the Bedford Police Department to utilize this ordinance in any future police response to this address that comply with section 511.12.

Sincerely,

Martin Stemple
Chief of Police



PLAINTIFF'S EXHIBIT A