Motion granted.  Plaintiffs are correct that the motion was unnecessary as lead counsel will attend, but Attorneys Park and Morris are formally excused.
/s/ John R. Adams
U.S. District Judge
6/19/19

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **Beverley Somai, and the Fair Housing Center for Rights & Research,** | ) ) ) | **Case No. 1:19-cv-373** |
| Plaintiffs, | ) ) | **Judge John R. Adams Magistrate Kathleen Burke** |
| **v.** | ) ) ) | |
| **City of Bedford, Ohio,** | ) ) | |
| Defendant. | ) ) ) | |

---

### MOTION TO EXCUSE COUNSELS' PERSONAL ATTENDANCE AT CASE MANAGEMENT CONFERENCE

Plaintiffs Beverley Somai and the Fair Housing Center for Rights & Research (collectively, "Plaintiffs") move to excuse the personal attendance of Sandra Park and Linda Morris at the Case Management Conference set for July 2, 2019, at 1:30 p.m. before Judge John R. Adams in Courtroom #575, U.S. Courthouse, 2 South Main Street, Akron, Ohio.  The undersigned advised Kallen L. Boyer and R. Eric Smearman, counsel for Defendant City of Bedford, Ohio ("Defendant"), that Plaintiffs intended to file this Motion.  Ms. Boyer and Mr. Smearman did not raise any objections.

Plaintiffs are also filing a notice to request this Court to change the designation of Lead Counsel to Elizabeth M. Bonham and Sara E. Bird on the case docket for the instant case.  Based on Plaintiffs' understanding of this Court's Case Management Conference Scheduling Order, [ECF No. 12], Ms. Park and Ms. Morris are not obligated to attend the Case Management Conference, and Plaintiffs are filing this Motion out of an abundance of caution.  As Lead