Sandy Opacich,     United States District Court     216-357-7077
Clerk of Court
Northern District of Ohio
Carl B. Stokes US Courthouse
Office of the Clerk
801 West Superior Avenue
Cleveland, Ohio 44113-1830

12/2/19

J. Dean Carro
400 South Main Street
Akron, Ohio 44720

Re: Somai, et al v. City of Bedford, Ohio

Case No: 19CV373

Greetings,

    In accordance with Local Rule 16.6, you have been selected as a potential Mediator in the above referenced case. It is requested that you perform a conflict check to determine whether you can serve as Mediator. Enclosed, please find a copy of the docket which discloses the names of parties and attorney of record, which will enable you to check for potential conflicts of interest. Also enclosed is a copy of the Order of Referral to Mediation for your reference.

    Please return the Neutral Response Form to the ADR Office using the contact information below by Dec 9, 2019. Even if you must decline this assignment, you must still submit the Neutral Response Form by the date requested. If you are appointed as the neutral in this case, you will receive a notice of electronic filing from CM/ECF with the Notice of Designation of Mediator. Should you have any questions concerning this potential assignment, please do not hesitate to contact the ADR office. Thank you for your attention to this request.

    Sincerely,

    /s/ Ashley L. Belzer

    ADR Administrator
    (P) 216-357-7077
    (F) 216-357-7086
    (E) OHND_ADR@ohnd.uscourts.gov

| John F. Seiberling Federal Building and US Courthouse | James M. Ashley and Thomas W.L. Ashley US Courthouse | Thomas D. Lambros Federal Building and US Courthouse |
|---|---|---|
| 2 South Main Street | 1716 Spielbusch Avenue | 125 Market Street |
| Akron, Ohio 44308 | Toledo, Ohio 43604 | Youngstown, Ohio 44503 |
| 330-252-6000 | 419-213-5500 | 330-884-7400 |

Sandy Opacich, Clerk of Court

United States District Court
Northern District of Ohio
Carl B. Stokes US Courthouse
Office of the Clerk
801 West Superior Avenue
Cleveland, Ohio 44113-1830

216-357-7077

12/2/19

Jerome Weiss
1600 Midland Bldg, 101 Prospect Ave W
Cleveland, Ohio 44115

Re: Somai, et al v. City of Bedford, Ohio

Case No: 19CV373

Greetings,

In accordance with Local Rule 16.6, you have been selected as a potential Mediator in the above referenced case. It is requested that you perform a conflict check to determine whether you can serve as Mediator. Enclosed, please find a copy of the docket which discloses the names of parties and attorney of record, which will enable you to check for potential conflicts of interest. Also enclosed is a copy of the Order of Referral to Mediation for your reference.

Please return the Neutral Response Form to the ADR Office using the contact information below by Dec 9, 2019. Even if you must decline this assignment, you must still submit the Neutral Response Form by the date requested. If you are appointed as the neutral in this case, you will receive a notice of electronic filing from CM/ECF with the Notice of Designation of Mediator. Should you have any questions concerning this potential assignment, please do not hesitate to contact the ADR office. Thank you for your attention to this request.

Sincerely,

/s/ Ashley L. Belzer

ADR Administrator
(P) 216-357-7077
(F) 216-357-7086
(E) OHND_ADR@ohnd.uscourts.gov

John F. Seiberling Federal Building and US Courthouse
2 South Main Street
Akron, Ohio 44308
330-252-6000

James M. Ashley and Thomas W.L. Ashley US Courthouse
1716 Spielbusch Avenue
Toledo, Ohio 43604
419-213-5500

Thomas D. Lambros Federal Building and US Courthouse
125 Market Street
Youngstown, Ohio 44503
330-884-7400

Sandy Opacich,     United States District Court     216-357-7077
Clerk of Court
Northern District of Ohio
Carl B. Stokes US Courthouse
Office of the Clerk
801 West Superior Avenue
Cleveland, Ohio 44113-1830

12/2/19

Kathryn Mercer
11075 East Blvd.
Cleveland, Ohio 44114

Re: Somai, et al v. City of Bedford, Ohio

Case No: 19CV373

Greetings,

    In accordance with Local Rule 16.6, you have been selected as a potential Mediator in the above referenced case. It is requested that you perform a conflict check to determine whether you can serve as Mediator. Enclosed, please find a copy of the docket which discloses the names of parties and attorney of record, which will enable you to check for potential conflicts of interest. Also enclosed is a copy of the Order of Referral to Mediation for your reference.

    Please return the Neutral Response Form to the ADR Office using the contact information below by Dec 9, 2019. Even if you must decline this assignment, you must still submit the Neutral Response Form by the date requested. If you are appointed as the neutral in this case, you will receive a notice of electronic filing from CM/ECF with the Notice of Designation of Mediator. Should you have any questions concerning this potential assignment, please do not hesitate to contact the ADR office. Thank you for your attention to this request.

    Sincerely,

    /s/ Ashley L. Belzer

    ADR Administrator
    (P) 216-357-7077
    (F) 216-357-7086
    (E) OHND_ADR@ohnd.uscourts.gov

| John F. Seiberling Federal Building and US Courthouse | James M. Ashley and Thomas W.L. Ashley US Courthouse | Thomas D. Lambros Federal Building and US Courthouse |
|---|---|---|
| 2 South Main Street | 1716 Spielbusch Avenue | 125 Market Street |
| Akron, Ohio 44308 | Toledo, Ohio 43604 | Youngstown, Ohio 44503 |
| 330-252-6000 | 419-213-5500 | 330-884-7400 |