Sandy Opacich  
Clerk of Court

United States District Court  
Northern District of Ohio  
Carl B. Stokes US Courthouse  
Office of the Clerk  
801 West Superior Avenue  
Cleveland, Ohio 44113-1830

216-357-7077

12/2/19

ADR Department  
801 West Superior Avenue  
Cleveland, Ohio 44113

Re: Somai, et. al. v. City of Bedford, Ohio

Case No: 19 CV 3733

Response Due: Dec 9, 2019

**Please return this response form by e-mail at OHND_ADR@ohnd.uscourts.gov or by facsimile at 216-357-7086.**

Upon completion of the required conflict check, the undersigned

____yes____ Accepts Assignment  *I am an active member of the ACLU and have represented clients thru the ACLU in the past.*

_____ Declines Assignment

to serve as mediator in the above referenced case. Federal Court Panelists are required to file electronically. The Court expects all Federal Court Panel members to comply with electronic court filing requirements. The undersigned hereby agrees to electronically file all required notices scheduling the within matter for mediation should they be designated as the mediator in this case.

Signature: *[signed]*

Print Name: J Dean Carro

Date: 12/3/19

---

John F. Seiberling Federal Building and US Courthouse  
2 South Main Street  
Akron, Ohio 44308  
330-252-6000

James M. Ashley and Thomas W.L. Ashley US Courthouse  
1716 Spielbusch Avenue  
Toledo, Ohio 43604  
419-213-5500

Thomas D. Lambros Federal Building and US Courthouse  
125 Market Street  
Youngstown, Ohio 44503  
330-884-7400