# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

## MINUTES OF PROCEEDINGS AND ORDER –CIVIL

| | |
|---|---|
| BEVERLEY SOMAI, *et al*., | CASE NO: 1:19-cv-373 |
| Plaintiffs, | |
| v. | MAGISTRATE JUDGE KATHLEEN B. BURKE |
| CITY OF BEDFORD, OHIO, | |
| Defendant. | |

PROCEEDINGS:  On March 4, 2020, the Court held a telephone conference with counsel for plaintiffs, Elizabeth M. Bonham, Jennifer E. Sheehe, and Linda Morris, and counsel for defendant, Kallen L. Boyer.

The Court discussed with counsel their discovery dispute and related request to amend the case management dates.  After discussion, the Court ordered the parties to meet and confer to reach an understanding about the information plaintiffs need but have not yet received from defendant's third-party records software provider and thereafter to request that information from the provider.  On or by March 6, 2020, counsel are to file a Joint Status Report indicating that this has been done.

The Court amended the case management dates as follows:

Deadline for completing fact discovery:   March 20, 2020
Deadline for party with burden of proof to identify experts and provide reports:   April 23, 2020
Deadline to identify rebuttal experts and provide reports:   May 21, 2020
Deadline for completing expert discovery:   June 18, 2020

The deadline for filing dispositive motions remains July 2, 2020.

Total Time: 50 minutes

March 4, 2020

*/s/ Kathleen B. Burke*
KATHLEEN B. BURKE
U.S. MAGISTRATE JUDGE