# Exhibit B

EXHIBIT B

NOTICE OF REPEAL

The City of Bedford has repealed City Ordinance Section 511.12, the City's Criminal Activity Nuisance Ordinance or CANO. Pursuant to a legal settlement, this ordinance may no longer be enforced and no version of it may be reenacted.