# Exhibit C

EXHIBIT C

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **Beverley Somai, and the Fair Housing Center for Rights & Research,** | : : : : | |
| Plaintiffs, | : : | Civil Action No.: 1:19-cv-373 |
| v. | : : | |
| **City of Bedford, Ohio**, | : | Judge: Kathleen B. Burke |
| Defendant. | | |

## JOINT STIPULATION SEEKING CONTINUING JURISDICTION

Pursuant to the Settlement Agreement in this matter (ECF No. X) the Parties jointly move this Court for an order continuing its jurisdiction over the Agreement for a period of 3 years to ensure full performance of the Agreement. The Parties acknowledge that the Court's decision on this Joint Stipulation does not affect the validity of the Agreement.

Respectfully submitted,

EXHIBIT C

*/s/ Elizabeth Bonham*
Elizabeth Bonham (0093733)
Freda J. Levenson (0045916)
Joseph Mead (0091903)
American Civil Liberties Union
of Ohio Foundation
4506 Chester Avenue
Cleveland, OH 44103
(614) 586-1958
ebonham@acluohio.org
attyjmead@gmail.com
flevenson@acluohio.org

Sandra S. Park (pro hac vice)
Linda Morris (pro hac vice)
American Civil Liberties Union
Women's Rights Project
125 Broad St. 18th Floor
New York, NY 10004
(212) 519-7871
spark@aclu.org
lindam@aclu.org
**Counsel for all Plaintiffs**

Sara E. Bird (0096545)
Jennifer E. Sheehe (0084249)
The Legal Aid Society of Cleveland
1223 West Sixth Street
Cleveland, Ohio 44113
Ph. (216) 861-5407 – SEB
Ph. (440) 210-4521 – JES
Fax (216) 861-0704
sara.bird@lasclev.org
jsheehe@lasclev.org
**Counsel for Plaintiff Beverley Somai**

EXHIBIT C

> <u>/s/ Kallen L. Boyer</u>
> R. Eric Smearman (0062132)
> Kallen L. Boyer (0093608)
> Smith Marshall, LLP
> 7251 Engle Road, Suite #404
> Middleburg Heights, Ohio 44130
> (440) 243-4994 f: (440) 243-6598
> res@smithmarshall.com
> kld@smithmarshall.com
>
> **Attorneys for Defendant City of Bedford**